# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNIFIRST CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>RYAN RAPSHUS,<br><br>        Defendant. | Case No. 23-CV-97-JPS<br><br>**ORDER** |

   On January 25, 2023, Plaintiff filed a complaint in the above-captioned matter, alleging breach of contract and seeking to compel Defendant to comply with the parties' arbitration agreement. ECF No. 1. Alongside the complaint, Plaintiff filed a motion for a temporary restraining order and preliminary and permanent injunction. ECF No. 2.

   On January 31, 2023, Plaintiff filed a notice of voluntary dismissal without prejudice of the action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 8. Defendant has not served an answer or otherwise appeared in this matter. Thus, the Court will adopt Plaintiff's notice of voluntary dismissal. Fed. R. Civ. P. 41(a)(1)(A)(i).

   Accordingly,

   **IT IS ORDERED** that Plaintiff's notice of voluntary dismissal, ECF No. 8, be and the same is hereby **ADOPTED**;

   **IT IS FURTHER ORDERED** that Plaintiff's motion for temporary restraining order and preliminary and permanent injunction, ECF No. 2, be and the same is hereby **DENIED as moot**; and

   **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 1st day of February, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge